UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 13, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KERI S. SOUTHWOOD,

    Defendant.

Case No. 2:15-mj-0030 DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KERI S. SOUTHWOOD, Case No. 2:15-mj-0030 DAD, from custody for the following reasons: for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ $25,000 co-signed by Joseph Southwood

    __X__ Unsecured Appearance Bond $ $25,000 co-signed by Joseph Southwood

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    \_\_\_\_\_ (Other): Pretrial Services conditions, to be released on 02/17/2015 at 9:00 AM to Pretrial Services.

Issued at Sacramento, California on February 13, 2015 at 2:33 PM

By: _____

Magistrate Judge Carolyn K. Delaney